

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re David Len Moulton

No. 06-22-00035-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter* and Chief Justice Marion** participating. *Justice Carter, Retired, Sitting by Assignment and **Chief Justice Marion, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED APRIL 19, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk